441 A.2d 457

Jackson, Appellant v. Simonds.

Argued August 31, 1981. Michael R. Ford, for appellant; Thomas J. Jackson, for appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

We quash the appeal from that part of the lower court's order granting the motion to consolidate Case Nos. 11941 and 11942, and we affirm that part of the lower court's order vacating the non-jury verdict and awarding a new trial in Case No. 11941.